UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>Maria VILLALVASO-GONZALEZ,<br><br>                                    Defendant. | Case No.:  19CR3477-WQH<br><br>**ORDER** |

　　GOOD CAUSE HAVING BEEN SHOWN, Defendant Maria VILLALVASO-GONZALEZ's unopposed Motion to Release his Passport (ECF No. 88) is granted. Pretrial Services may release passport to Defendant.

Dated:  April 5, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge